# Third District Court of Appeal

## State of Florida

Opinion filed May 14, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0147
Lower Tribunal No. 24-15587-FC-04
_____


**Drew Johnson,**
Appellant,

vs.

**Dunya Navabi,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jason A. Reding Quinones, Judge.

Drew Johnson, in proper person.

No appearance, for appellee.


Before FERNANDEZ, LOBREE and BOKOR, JJ.

PER CURIAM.

Johnson challenges a permanent injunction against domestic violence entered January 6, 2025, after an evidentiary hearing. A trial court has broad discretion in granting, denying, dissolving, or modifying injunctions, and that decision will not be disturbed on appeal absent a clear abuse of discretion. Wise v. Schmidek, 649 So. 2d 336, 337 (Fla. 3d DCA 1995). Here, because there is neither a transcript of the evidentiary hearing nor a stipulated statement of the evidence, we are unable to determine whether the trial court abused its discretion and must affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979); Miguez v. Miguez, 824 So. 2d 258, 259 (Fla. 3d DCA 2002).

Affirmed.